**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __7__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Sunrise City Dixie, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1880480** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3267 Vineland Rd.**<br>**Kissimmee, FL 32837** | **102 Larch Circle**<br>**Suite 301**<br>**Newport, DE 19804** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Sunrise City Dixie, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

| Debtor | **Sunrise City Dixie, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Sunrise Food LLC** | Relationship | **Holding Company** |
| | District | **Delaware**    When **03/08/24** | Case number, if known | |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**    3267 Vineland Rd., Kissimmee, FL 32837

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☑ Yes.    Insurance agency    IOA Insurance Services

Contact name    Marie Ladely

Phone    302-764-1000

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td>Chapter   7</td></tr>
</table>

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 8, 2024
            MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   **Managing Member**

**Leonard F. Iacono, Sr.**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **March 8, 2024**
       MM / DD / YYYY

**Ericka Johnson**
Printed name

**Bayard P.A.**
Firm name

**600 N. King St**
**Suite 400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 655-5000**     Email address   **ejohnson@bayardlaw.com**

**Del. Bar No. 5024**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Sunrise City Dixie, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 8, 2024**           X _____
                                          Signature of individual signing on behalf of debtor

                                          **Leonard F. Iacono, Sr.**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Sunrise City Dixie, LLC**

                         Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **22,500.00** |
| Prior to the filing of this statement I have received | $ | **22,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. [Other provisions as needed]
       **Representation of Debtor at 341 meeting.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 8, 2024**
_____
*Date*

*Ericka Johnson* (signature)

**Ericka Johnson**
*Signature of Attorney*
**Bayard P.A.**
**600 N. King St**
**Suite 400**
**Wilmington, DE 19801**
**(302) 655-5000  Fax: (302) 658-6395**
**ejohnson@bayardlaw.com**
*Name of law firm*

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     **Sunrise City Dixie, LLC**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................   $    **1,852,374.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................   $    **871,515.02**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................   $    **2,723,889.02**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **1,592,465.98**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $    **3,268.41**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$    **2,428,931.65**

4.   **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b                                                                                                           $    **4,024,666.04**

**Fill in this information to identify the case:**

Debtor name    **Sunrise City Dixie, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Truist Bank** | **Checking** | **9530** | **$6,173.24** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      **$6,173.24**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **285.67** | - | **0.00** | = .... | **$285.67** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor  **Sunrise City Dixie, LLC**                                      Case number *(If known)* _____
        Name

12.  **Total of Part 3.**                                                                    | $285.67 |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Food and paper products - no detailed inventory completed** | **Decemebr 2023** | **$4,066.00** | **Recent cost** | **Unknown** |

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                                    | $0.00 |
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ☒ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ☒ Yes. Book value _____ 0.00 Valuation method _____ Current Value _____ 0.00

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

Debtor  **Sunrise City Dixie, LLC**                              Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Small desk | $0.00 | | Unknown |
| Laptop | $0.00 | | Unknown |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** <br> Goji Systems, Inc.- Kiosk System - Ordering | $6,398.00 | Recent cost | $6,398.00 |
| Gill Group/TriMark- Softserve machine | $168,757.33 | Recent cost | $168,757.33 |
| Gill Group/TriMark- Walk-in freezers; Shelving; Mix bar; Exhaust hoods; Undercounter refrigerator | $164,679.09 | Recent cost | $164,679.09 |

Debtor    **Sunrise City Dixie, LLC**                                    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| Gill Group/TriMark- Rough in drawings | $1,750.00 | Recent cost | $1,750.00 |
| HP Sales- Gas Pressure Fryer | $31,079.00 | Recent cost | $31,079.00 |
| HP Sales- Gas Pressure Fryer | $31,079.00 | Recent cost | $31,079.00 |
| Qual Serv- Fry Warming Station | $10,146.90 | Recent cost | $10,146.90 |
| GMR Food Service - Dinning Furniture | $45,000.00 | Recent cost | $45,000.00 |
| GMR Food Service -Dinning Furniture | $55,000.00 | Recent cost | $55,000.00 |
| GMR Food Service- Dinning Furniture | $10,264.74 | Recent cost | $10,264.74 |
| Infinity Signs & Graphics -Exterior & Interior Signs | $27,174.00 | Recent cost | $27,174.00 |
| Infinity Signs & Graphics - Exterior & Interior Signs | $8,664.00 | Recent cost | $8,664.00 |
| Fluid Audio Communications- Installing Audio/CCTV/DTS/Data | $78,717.50 | Recent cost | $78,717.50 |
| Fluid Audio Communications- Drive thru equipment | $45,000.00 | Recent cost | $45,000.00 |
| Fluid Audio Communications- Drive thru equipment | $49,000.00 | Recent cost | $49,000.00 |
| Intelligent Point of Sale (IPOS)- Terminal/Software/Training | $17,949.00 | Recent cost | $17,949.00 |
| Intelligent Point of Sale (IPOS)- Terminal/Software/Training | $16,254.50 | Recent cost | $16,254.50 |
| Intelligent Point of Sale (IPOS)- Spare terminal | $1,581.95 | Recent cost | $1,581.95 |
| Intelligent Point of Sale (IPOS)- Kitchen video micro PC | $573.00 | Recent cost | $573.00 |
| C&T  Design Equipment- Fryer System | $10,000.00 | Recent cost | $10,000.00 |
| C&T  Design Equipment- Fryer System | $10,995.31 | Recent cost | $10,995.31 |

Debtor    **Sunrise City Dixie, LLC**                                           Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| **C&T  Design Equipment- Gas connector/Safety equipment** | $795.80 | Recent cost | $795.80 |
| **Gaines Global Services, LLC- Install Furniture** | $8,000.00 | Recent cost | $8,000.00 |
| **Taylor Products- Grill** | $21,286.00 | Recent cost | $21,286.00 |
| **Amazon/Capital One- Reach in freezer** | $2,632.68 | Recent cost | $2,632.68 |
| **Gill Group/TriMark- Pd $5k - owe $21,413.72** | $26,413.72 | Recent cost | $26,413.72 |
| **Amazon/Capital One- Hatco Fry holding station** | $4,192.39 | Recent cost | $4,192.39 |
| **Schnitzel Master- Stainless Steel Pans** | $1,642.90 | Recent cost | $1,642.90 |
| **Accent Lighting- Lighting Fixtures** | $10,029.30 | | $10,029.30 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.                    | $865,056.11 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **3267 Vineland Rd. Kissimmee, FL 32837** | **Unexpired Lease** | $0.00 | | Unknown |
| 55.2.  **3627 Vineland Road Kissimmee, FL 32837** | **Building** | $1,852,374.00 | Recent cost | $1,852,374.00 |

Debtor    **Sunrise City Dixie, LLC**                              Case number *(If known)* _____
          Name

| 56. | **Total of Part 9.** | | $1,852,374.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. | | |
| | Copy the total to line 88. | | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Sunrise City Dixie, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,173.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $285.67 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $865,056.11 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $1,852,374.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $871,515.02 | + 91b. $1,852,374.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,723,889.02 |

**Fill in this information to identify the case:**

Debtor name    **Sunrise City Dixie, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Revocable Trust of Leoard F. Iacono, Sr.**<br>Creditor's Name<br><br>**102 Larch Circle, Suite 301<br>Newport, DE 19804**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**3627 Vineland Road<br>Kissimmee, FL 32837** | | **$1,500,000.00** | **$1,852,374.00** |

Describe the lien

**Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement & Fixture**

Is the creditor an insider or related party?

☐ No
☑ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Sunrise City Retail Partners, LLC
2. Revocable Trust of Leoard F. Iacono, Sr.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.2** | **Sunrise City Retail Partners, LLC**<br>Creditor's Name<br>**5555 S. Kirkman Rd., Ste. 201<br>Kissimmee, FL 32819**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**3627 Vineland Road<br>Kissimmee, FL 32837** | $92,465.98 | $1,852,374.00 |

Describe the lien

**Landlord Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No

Creditor's email address, if known

Date debt was incurred

Debtor    **Sunrise City Dixie, LLC**
_____
Name

Case number (if known) _____

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **U.S. Foods, Inc.** | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All personal property and proceeds thereof** | | |

**Parke E. Industrial Park**
**Tampa, FL 33610**
_____
Creditor's mailing address

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,592,465.98 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Sunrise City Dixie, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399-0112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,268.41 | $3,268.41 |
| | Date or dates debt was incurred<br>**February 2024** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Accent Lighting, Inc.**<br>**10322 E. Stonegate Lane**<br>**Ste. 100**<br>**Wichita, KS 67206** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $10,029.30 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor**<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>**ARAMARK**<br>**2680 Palumbo Drive**<br>**Lexington, KY 40509** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $378.37 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor**<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |

Debtor  **Sunrise City Dixie, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$631.00** |

**BSN Sports, LLC**
**P.O. Box 841393**
**Dallas, TX 75284-1393**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$693.38** |

**Caspers Service Company**
**6845 Maple Lane**
**Tampa, FL 33610**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$234.17** |

**Charter Communications**
**4145 S. Falkenburg Road**
**Riverview, FL 33578-8652**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Cable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$916.50** |

**Cohen, Seglias, Pallas**
**1600 Market Street**
**32nd Floor**
**Philadelphia, PA 19103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Legal__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,028.94** |

**Containter Rental Co., Inc.**
**P.O. Box 547874**
**Orlando, FL 32854**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,995.15** |

**Dixie's Franchising, LLC**
**26 Easton Way**
**Hainesport, NJ 08036**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __January Franchise Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,553.60** |

**Edward Don and Company**
**9801 Adam Don Parkway**
**Woodridge, IL 60517**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sunrise City Dixie, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,097.58 |
|---|---|---|---|

**Fire Alarm & Sec Tech., Inc.**
**Pacific Rim Fire Protection**
**420 Manor Drive**
**Merritt Island, FL 32952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $895.48 |
|---|---|---|---|

**Fluid Audio Communications Inc.**
**2550 Blvd. of the Generals**
**Suite 320**
**West Norriton, PA 19403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Drive Thru System

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

**Gage**
**11815 Sun Belt Ct**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phone

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,413.72 |
|---|---|---|---|

**Gill Group Inc.**
**2128 Esprey Court**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.00 |
|---|---|---|---|

**Goji Systems**
**633 W. Skippack Pike**
**Ste. 12**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Gorilla Electric**
**5526 Imperial Ave**
**Orlando, FL 32810**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Utility

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.90 |
|---|---|---|---|

**Helget Gas Products**
**4211 S. 102nd Street**
**Omaha, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sunrise City Dixie, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** Nonpriority creditor's name and mailing address
**Horty & Horty, PA**
**503 Carr Road, Suite 120**
**Wilmington, DE 19809**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2022 Tax Reporting- Single Member**

Is the claim subject to offset? ■ No ☐ Yes

**$2,505.00**

---

**3.18** Nonpriority creditor's name and mailing address
**Intelligent Point of Sale**
**500 Executive Blvd., Suite 305**
**Ossining, NY 10562**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly Terminal Fee**

Is the claim subject to offset? ■ No ☐ Yes

**$614.00**

---

**3.19** Nonpriority creditor's name and mailing address
**Investment Property Associates, LLC**
**102 Larch Circle**
**Newport, DE 19804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan payable**

Is the claim subject to offset? ■ No ☐ Yes

**$93,331.00**

---

**3.20** Nonpriority creditor's name and mailing address
**Investment Property Assocs, LLC**
**102 Larch Circle**
**Newport, DE 19804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting & Financial Management**

Is the claim subject to offset? ■ No ☐ Yes

**$134,849.80**

---

**3.21** Nonpriority creditor's name and mailing address
**Kissimmee Utility Authority**
**P.O. Box 423219**
**Kissimmee, FL 34742-3219**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$2,796.02**

---

**3.22** Nonpriority creditor's name and mailing address
**Labor Compliance Assist.**
**P.O. Box 881899**
**Port Saint Lucie, FL 34988**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Current Compliace Labor Law Poster**

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.23** Nonpriority creditor's name and mailing address
**Martins Famous Pastry Shoppe**
**1000 Potato Roll Lane**
**Chambersburg, PA 17202-8897**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$906.58**

---

| Debtor | **Sunrise City Dixie, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Orlando Waste Paper Co., Inc.**
**P.O. Box 547874**
**Orlando, FL 32854-7874**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$476.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **February Recycle Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

**QSROnline**
**P.O. Box 6496**
**Corpus Christi, TX 78466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

**RC Landscape Maintenance**
**628 Drew Avenue**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landscaping**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

**Restaurant Technologies, Inc.**
**12962 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,753.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

**Revocable Trust of Leoard F. Iacono, Sr.**
**102 Larch Circle**
**Suite 301**
**Newport, DE 19804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,642,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address

**Revocable Trust of Leoard F. Iacono, Sr.**
**102 Larch Circle**
**Suite 301**
**Newport, DE 19804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$442,343.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Short term loans**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

**Rutledge Ecenia, P.A.**
**119. S. Monroe St., Suite 202**
**Tallahassee, FL 32301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$4,712.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liqour License, Beer and Wine License**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sunrise City Dixie, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.49 |
|---|---|---|---|

**Safeguard Business Systems**
**459 Oakshade Road, Suite D**
**Shamong, NJ 08088**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Sauls Backflow Test Inc.**
**3305 Amberley Park Circle**
**Kissimmee, FL 34743**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Backflow Certfication 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Socially Winning Marketing**
**114 Ledge Road**
**Yarmouth, ME 04096**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Social Media Marketing 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,752.74 |
|---|---|---|---|

**Soverign Property Management**
**102 Larch Circle, Suite 301**
**Newport, DE 19804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Property Management 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,283.31 |
|---|---|---|---|

**Steven Angrignon, Inc.**
**P.O. Box 120053**
**Clermont, FL 32837**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,676.26 |
|---|---|---|---|

**Sysco Corporation**
**200 West Story Road**
**Ocoee, FL 34761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.85 |
|---|---|---|---|

**TECO**
**P.O. Box 31318**
**Tampa, FL 33631-3318**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gas Service 

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sunrise City Dixie, LLC**
_____    Case number (if known) _____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.07 |

**Toho Water Authority**
**P.O. Box 30527**
**Tampa, FL 33630-3527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,268.41 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,428,931.65 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 2,432,200.06 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Sunrise City Dixie, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest — **Franchise Agreement** | |
| State the term remaining | **Dixie's Franchising, LLC**<br>**26 Easton Way**<br>**Hainesport, NJ 08036** |
| List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest — **Landlord (Land Lease)** | |
| State the term remaining — **Lease Expires 1/28/34** | **Sunrise City Retail Partners, LLC**<br>**5555 S. Kirkman Rd., Ste. 201**<br>**Attn: Randall R. Hodge**<br>**Kissimmee, FL 32819** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **Sunrise City Dixie, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Craig W. Colby** | **23 S. Main St., Suite 1 Medford, NJ 08955** | **Sunrise City Retail Partners, LLC** | ☑ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Michael Iacono** | **102 Larch Circle Suite 301 Newport, DE 19804** | **Dixie's Franchising, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☑ G   **2.1** |

**Fill in this information to identify the case:**

Debtor name    **Sunrise City Dixie, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $897,494.00 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $303,175.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- | --- |
| 3.1. | **Aramark<br>2680 Palumbo Drive<br>Lexington, KY 40509** | 01/30/2024 | $387.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Sunrise City Dixie, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Charter Communications**<br>**4145 S. Falkenburg Road**<br>**Riverview, FL 33578-8652** | 12/27/2023 | $221.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Charter Communications**<br>**4145 S. Falkenburg Road**<br>**Riverview, FL 33578-8652** | 01/30/2024 | $234.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Containter Rental Co., Inc.**<br>**P.O. Box 547874**<br>**Orlando, FL 32854** | 01/31/2024 | $1,022.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Dixie's Franchising**<br>**26 Easton Way**<br>**Hainesport, NJ 08036** | 12/08/2023 | $2,186.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Franchise costs** |
| 3.6. **Dixie's Franchising**<br>**26 Easton Way**<br>**Hainesport, NJ 08036** | 01/05/2024 | $2,424.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Franchise costs** |
| 3.7. **EcoLab**<br>**26252 Network Place**<br>**Chicago, IL 60673-1262** | 12/12/2023 | $147.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Edward Don and Company**<br>**9801 Adam Don Parkway**<br>**Woodridge, IL 60517** | 01/09/2024 | $500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Edward Don and Company**<br>**9801 Adam Don Parkway**<br>**Woodridge, IL 60517** | 01/31/2024 | $500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Sunrise City Dixie, LLC**                                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **Fire Alarm & Security Technologies, Inc.**<br>**Pacific Rim Fire Protection**<br>**420 Manor Drive**<br>**Merritt Island, FL 32952** | 12/12/2023 | $176.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Fire Alarm & Security Technologies, Inc.**<br>**Pacific Rim Fire Protection**<br>**420 Manor Drive**<br>**Merritt Island, FL 32952** | 01/30/2024 | $532.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **Florida Department of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399-0112** | 01/30/204 | $263.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.13. **Florida Department of State**<br>**Division of Corporations**<br>**P.O. Box 6198**<br>**Tallahassee, FL 32314** | 02/13/2024 | $138.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Fees** |
| 3.14. **Fluid Audio Communications, Inc.**<br>**2550 Boulevard of the Generals**<br>**Suite 320**<br>**West Norriton, PA 19403** | 01/08/2024 | $95.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. **Gage**<br>**11815 Sun Belt Ct**<br>**Baton Rouge, LA 70809** | 12/12/2023 | $52.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16. **Gage**<br>**11815 Sun Belt Ct**<br>**Baton Rouge, LA 70809** | 12/26/2023 | $52.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. **Gage**<br>**11815 Sun Belt Ct**<br>**Baton Rouge, LA 70809** | 01/30/2024 | $52.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Sunrise City Dixie, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18. **Goji Systems**<br>**633 West Skippack Pike**<br>**Suite 12**<br>**Blue Bell, PA 19422** | 12/04/2023 | $208.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. **Goji Systems**<br>**633 West Skippack Pike**<br>**Suite 12**<br>**Blue Bell, PA 19422** | 01/01/2024 | $208.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **Goji Systems**<br>**633 West Skippack Pike**<br>**Suite 12**<br>**Blue Bell, PA 19422** | 02/01/2024 | $208.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **Helget Gas Products**<br>**4211 S. 102nd Street**<br>**Omaha, NE 68127** | 12/15/2023 | $139.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. **Helget Gas Products**<br>**4211 S. 102nd Street**<br>**Omaha, NE 68127** | 01/16/2024 | $168.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. **Helget Gas Products**<br>**4211 S. 102nd Street**<br>**Omaha, NE 68127** | 02/24/2024 | $146.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. **Intelligent Point of Sale**<br>**500 Executive Blvd., Suite 305**<br>**Ossining, NY 10562** | 12/01/2023 | $614.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.25. **Intelligent Point of Sale**<br>**500 Executive Blvd., Suite 305**<br>**Ossining, NY 10562** | 01/02/2024 | $614.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Sunrise City Dixie, LLC**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.26 **Intelligent Point of Sale**<br>**500 Executive Blvd., Suite 305**<br>**Ossining, NY 10562** | 01/30/2024 | $465.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27 **Intelligent Point of Sale**<br>**500 Executive Blvd., Suite 305**<br>**Ossining, NY 10562** | 02/02/2024 | $614.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28 **Kissimmee Utility Authority**<br>**P.O. Box 423219**<br>**Kissimmee, FL 34742-3219** | 12/12/2023 | $3,514.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29 **Kissimmee Utility Authority**<br>**P. O. Box 423219**<br>**Kissimmee, FL 34742-3219** | 01/11/2024 | $3,027.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30 **Kissimmee Utility Authority**<br>**P.O. Box 423219**<br>**Kissimmee, FL 34742-3219** | 02/22/2024 | $2,973.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31 **Martins Famous Pastry Shoppe, Inc.**<br>**1000 Potato Roll Lane**<br>**Chambersburg, PA 17202-8897** | 01/12/2024 | $1,136.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.32 **MSA Group- Main Street America Group**<br>**P.O. Box 981409**<br>**Boston, MA 02298-1409** | 12/26/2023 | $2,261.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.33 **MSA Group- Main Street America Group**<br>**P.O. Box 981409**<br>**Boston, MA 02298-1409** | 01/12/2024 | $2,261.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Sunrise City Dixie, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.34. **Orlando Waste Paper Co., Inc.** **P.O. Box 547874** **Orlando, FL 32854-7874** | 01/31/2024 | $468.23 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.35. **Positive Impacts South LLC** **2350 Raintree Lake Circle** **Merritt Island, FL 32953** | 12/13/2023 | $679.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.36. **QSROnline** **P.O. Box 6496** **Corpus Christi, TX 78466** | 12/07/2023 | $150.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.37. **QSROnline** **P.O. Box 6496** **Corpus Christi, TX 78466** | 01/03/2024 | $150.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.38. **QSROnline** **P.O. Box 6496** **Corpus Christi, TX 78466** | 02/02/2024 | $150.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.39. **RC Landscape Maintenance, Inc.** **628 Drew Avenue** **Clermont, FL 34711** | 01/31/2024 | $1,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.40. **Restaurant Technologies, Inc.** **12962 Collections Center Drive** **Chicago, IL 60693** | 01/30/2024 | $1,714.37 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.41. **Steven Angrignon, Inc.** **P.O. Box 120053** | 12/12/2023 | $314.25 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |

Debtor  **Sunrise City Dixie, LLC**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.42 **Sysco Corporation** **200 West Story Road** **Ocoee, FL 34761** | 12/07/2023 | $3,819.54 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.43 **Sysco Corporation** **200 West Story Road** **Ocoee, FL 34761** | 12/12/2023 | $3,206.10 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.44 **Sysco Corporation** **200 West Story Road** **Ocoee, FL 34761** | 12/20/2023 | $3,162.04 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.45 **Sysco Corporation** **200 West Story Road** **Ocoee, FL 34761** | 12/27/2023 | $3,889.77 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.46 **Sysco Corporation** **200 West Story Road** **Ocoee, FL 34761** | 01/04/2024 | $3,996.03 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.47 **Sysco Corporation** **200 West Story Road** **Ocoee, FL 34761** | 01/09/2024 | $2,184.50 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.48 **Sysco Corporation** **200 West Story Road** **Ocoee, FL 34761** | 01/11/2024 | $2,403.60 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.49 **Sysco Corporation** **200 West Story Road** **Ocoee, FL 34761** | 01/22/2024 | $2,734.87 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other___ |

Debtor   **Sunrise City Dixie, LLC**                                        Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.50. | **Sysco Corporation**<br>**200 West Story Road**<br>**Ocoee, FL 34761** | **01/25/2024** | **$2,423.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.51. | **Sysco Corporation**<br>**200 West Story Road**<br>**Ocoee, FL 34761** | **011/30/2024** | **$3,955.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52. | **Sysco Corporation**<br>**200 West Story Road**<br>**Ocoee, FL 34761** | **02/02/2024** | **$1,059.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.53. | **Sysco Corporation**<br>**200 West Story Road**<br>**Ocoee, FL 34761** | **02/07/2024** | **$2,862.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.54. | **Sysco Corporation**<br>**200 West Story Road**<br>**Ocoee, FL 34761** | **02/15/2024** | **$2,312.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.55. | **Sysco Corporation**<br>**200 West Story Road**<br>**Ocoee, FL 34761** | **02/28/2024** | **$2,744.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.56. | **TECO**<br>**P.O. Box 31318**<br>**Tampa, FL 33631-3318** | **12/27/2023** | **$361.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.57. | **TECO**<br>**P.O. Box 31318**<br>**Tampa, FL 33631-3318** | **01/30/2024** | **$365.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Sunrise City Dixie, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.58. **Toho Water Authority** **P.O. Box 30527** **Tampa, FL 33630-3527** | 12/12/2023 | $218.27 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.59. **Toho Water Authority** **P.O. Box 30527** **Tampa, FL 33630-3527** | 01/11/2024 | $227.87 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.60. **Toho Water Authority** **P.O. Box 30527** **Tampa, FL 33630-3527** | 2/28/2024 | $291.53 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.61. **CardConnect** **1000 Continental Drive, #300** **King of Prussia, PA 19406** | 12/04/2023 | $1,233.64 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.62. **CardConnect** **1000 Continental Drive, #300** **King of Prussia, PA 19406** | 12/31/2023 | $94.90 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.63. **CardConnect** **1000 Continental Drive, #300** **King of Prussia, PA 19406** | 01/03/2024 | $1,667.22 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.64. **CardConnect** **1000 Continental Drive, #300** **King of Prussia, PA 19406** | 01/31/2024 | $41.99 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.65. **CardConnect** **1000 Continental Drive, #300** **King of Prussia, PA 19406** | 02/05/2024 | $1,138.09 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **Sunrise City Dixie, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.66. **Truist Bank**<br>**150 S. Warner Rd.**<br>**Ste. 270**<br>**King of Prussia, PA 19406** | 12/31/2023 | $36.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.67. **Truist Bank**<br>**150 S. Warner Rd.**<br>**Ste. 270**<br>**King of Prussia, PA 19406** | 01/31/2024 | $39.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.68. **Florida Department of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399-0012** | 12/13/2023 | $3,413.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Sales Tax** |
| 3.69. **Florida Department of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399-0112** | 01/18/2024 | $3,754.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Sales tax** |
| 3.70. **Florida Department of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399-0112** | 02/12/2024 | $3,082.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **sales tax** |
| 3.71. **Florida Department of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399-0112** | 01/04/2024 | $60.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Re-emp tax** |
| 3.72. **Secretary of State**<br>**Division of Corporations**<br>**Franchise Tax**<br>**PO Box 898**<br>**Dover, DE 19903** | 02/14/2024 | $300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **LLC registration** |
| 3.73. **Secretary of State**<br>**Division of Corporations**<br>**Franchise Tax**<br>**PO Box 898**<br>**Dover, DE 19903** | 02/14/2024 | $300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **LLC registration** |

| Debtor | Sunrise City Dixie, LLC | | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.74. **Linkhorst & Hockin**<br>**4495 Military Trail**<br>**#106**<br>**Jupiter, FL 33458** | 03/04/2024 | $3,409.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.75. **Potter Anderson & Corroon LLP**<br>**1313 North Market Street**<br>**Wilmington, DE 19899** | 03/04/2024 | $3,060.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Landlord Dispute**<br>**N/A** | **Threatened Eviction** | **N/A** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor  **Sunrise City Dixie, LLC** _____  Case number *(if known)* _____

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**  **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bayard P.A.** <br> **600 N. King St** <br> **Suite 400** <br> **Wilmington, DE 19801** <br><br> **Email or website address** <br> **ejohnson@bayardlaw.com** <br><br> **Who made the payment, if not debtor?** | **Attorney Fees** | | **$22,500.00** |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | **Sunrise City Dixie, LLC** | Case number *(if known)* | |

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

### Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

### Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Sunrise City Dixie, LLC | Case number *(if known)* |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

| Debtor | Sunrise City Dixie, LLC | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Investment Property Associates, LLC**<br>**102 Larch Circle**<br>**Newport, DE 19804** |
| 26a.2. | **Soverign Property Management, LLC**<br>**102 Larch Circle, Suite 301**<br>**Newport, DE 19804** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Soverign Property Management, LLC**<br>**102 Larch Circle, Suite 301**<br>**Newport, DE 19804** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Soverign Property Management, LLC**<br>**102 Larch Circle, Suite 301**<br>**Newport, DE 19804** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor  **Sunrise City Dixie, LLC**                     Case number *(if known)* _____

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | December 2023 | $4,066.00 calculated inventory - no detailed inventory taken |

Name and address of the person who has possession of inventory records

**Soverign Property Management, LLC**
**102 Larch Circle, Suite 301**
**Newport, DE 19804**

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leonard F. Iacono, Sr. | 102 Larch Circle Suite 301 Wilmington, DE 19804 | Managing Member | 100% Owner |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Revocable Trust of Leoard F. Iacono, Sr. | Granting of Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing | 11/13/2023 | Loan |

Relationship to debtor
**Affiliate**

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Sunrise City Dixie, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March  8, 2024__

_____                    Leonard F. Iacono, Sr.
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**   _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

## United States Bankruptcy Court
### District of Delaware

In re    **Sunrise City Dixie, LLC**                Case No. _____

                                Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  8, 2024** _____                                                                    

                                         Leonard F. Iacono, Sr./Managing Member
                                         Signer/Title

SUNRISE CITY DIXIE, LLC
102 LARCH CIRCLE
SUITE 301
NEWPORT, DE 19804
.

ERICKA JOHNSON
BAYARD P.A.
600 N. KING ST
SUITE 400
WILMINGTON, DE 19801

ACCENT LIGHTING, INC.
10322 E. STONEGATE LANE
STE. 100
WICHITA, KS 67206

AKEEM P. KNOX
3250 COTTONWOOD COURT
KISSIMMEE, FL 34746

ALBERTO REBOLLAR
5388 LONESOME DOVE DR
KISSIMMEE, FL 34746

ALEJANDRA M. GONZALEZ
4626 TRIBUTE TRL
KISSIMMEE, FL 34746

ALTAGRACIA N. LOPEZ
4729 CIRENTO DR
KISSIMMEE, FL 34746

ANDREA P. VELEZ
5292 PARADISE CAY CIR # 5292
KISSIMMEE, FL 34746

ANDREA V. SUAREZ
111 COUNTRY CREEK LN # 111
KISSIMMEE, FL 34746

ANGELICA M. GONZALEZ
4626 TRIBUTE TRL
KISSIMMEE, FL 34746

ARAMARK
2680 PALUMBO DRIVE
LEXINGTON, KY 40509

ARGENIS DI LUIGI
5122 ADELAIDE DR # 5122
KISSIMMEE, FL 34746

ARIANA P. BRANDT
9907 BARLEY CLUB DR
APT 3
ORLANDO, FL 32837

BSN SPORTS, LLC
P.O. BOX 841393
DALLAS, TX 75284-1393

CASPERS SERVICE COMPANY
6845 MAPLE LANE
TAMPA, FL 33610

CHARTER COMMUNICATIONS
4145 S. FALKENBURG ROAD
RIVERVIEW, FL 33578-8652

CHIQUINQUIRA V. RINCON
854 MARCEL LOOP # N-A
DAVENPORT, FL 33837

CHRISTAL T. TULLON
411 TARPON ST
KISSIMMEE, FL 34744

CHRISTIANA CHARLES
1614 REDFIN DR
KISSIMMEE, FL 34759

CIARA N. HAMILTON
4964 W IRLO BRONSON MEM. HGWY
#12
KISSIMMEE, FL 34746

COHEN, SEGLIAS, PALLAS
1600 MARKET STREET
32ND FLOOR
PHILADELPHIA, PA 19103

CONTAINTER RENTAL CO., INC.
P.O. BOX 547874
ORLANDO, FL 32854

CRAIG W. COLBY
23 S. MAIN ST., SUITE 1
MEDFORD, NJ 08955

DANIEL A. GONZALEZ
11966 REEDY CREEK DR
APT 101
ORLANDO, FL 32836

DANIEL E. MATA
2212 GRAND CAYMAN CT
KISSIMMEE, FL 34741

DANILE E. RANGOSCH
5283 CANE ISLAND LOOP
APT 104
KISSIMMEE, FL 34746

DAVID L. LOPEZ
4122 WELLINGTON WOODS CIR
 APT 101
KISSIMMEE, FL 34741

DE DIVISION OF REVENUE
540 SOUTH DUPONT HIGHWAY
SUITE 2
DOVER, DE 19901

DE DIVISION OF REVENUE
820 SILVER LAKE BLVD.
SUITE 100
DOVER, DE 19904

DE DIVISON OF REVENUE
820 N. FRENCH STREET
WILMINGTON, DE 19801

DELAWARE ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DE 19801

EDWARD DON AND COMPANY
9801 ADAM DON PARKWAY
WOODRIDGE, IL 60517

FLUID AUDIO COMMUNICATIONSIN
2550 BLVD. OF THE GENERALS
SUITE 320
WEST NORRITON, PA 19403

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD.
SUITE 100
DOVER, DE 19904

EDWIN GONZALEZ
4720 CIRENTO DR LOT 167
KISSIMMEE, FL 34746

FRANCISCO JAVIER BRITO
4857 CORAL CASTLE DRIVE
KISSIMMEE, FL 34746

DENNY D. LOPEZ
4729 CIRENTO DR
KISSIMMEE, FL 34746

EDWIN Y. GOMEZ
5122 ADELAIDE DR
# 5122
KISSIMMEE, FL 34746

GABRIEL A. DOS SANTOS
4543 STORYTELLING WAY
KISSIMMEE, FL 34746

DENNY J. LOPEZ
4729 CIRENTO DR
KISSIMMEE, FL 34746

ELIEZER A. VERGEL
3038 SEAVIEW CASTLE DR
KISSIMMEE, FL 34746

GABRIELA A. MOLINA
2959 CLIPPER COVE LN
APT 202
KISSIMMEE, FL 34741

DEPARTMENT OF REVENUE
INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE., NW
WASHINGTON, DC 20224

ERIC JACKSON
3276 RIDGELAND AVE
MACON, GA 31204

GAGE
11815 SUN BELT CT
BATON ROUGE, LA 70809

DEYIRAN DARIEL LIRIANO
WATER VIEW BLV 2207
KISSIMMEE, FL 34746

ESTERLINE DORISME
2308 CRESCENT MOOD
KISSIMMEE, FL 34746

GENY A. VILLASMIL
2101 CASSIA CIR
APT D
KISSIMMEE, FL 34741

DIANNA BAUTISTA
2362 SIESTA LN
KISSIMMEE, FL 34746

FIRE ALARM & SEC TECH., INC.
PACIFIC RIM FIRE PROTECTION
420 MANOR DRIVE
MERRITT ISLAND, FL 32952

GERIELYS N. GUZMAN
4343 SUNNY CREEK PL
KISSIMMEE, FL 34746

DIERRE S. LANE
309 BENITA ST
KISSIMMEE, FL 34744

FLOIDA ATTORNEY GENERAL
THE CAPITOL, PL 01
TALLAHASSEE, FL 32399-1050

GILL GROUP INC.
2128 ESPREY COURT
CROFTON, MD 21114

DIXIE'S FRANCHISING, LLC
26 EASTON WAY
HAINESPORT, NJ 08036

FLORIDA DEPARTMENT OF REVENUE
5050 W. TENNESSEE ST.
TALLAHASSEE, FL 32399-0112

GINA A. VILLASMIL
2101 CASSIA CIR
APT D
KISSIMMEE, FL 34741

DUSTIN X. VELEZ
2103 WALDEN PARK CIR
APT 101
KISSIMMEE, FL 34744

FLORIDA DEPARTMENT OF REVENUE
P.O. BOX 6668
TALLAHASSEE, FL 32314-6668

GOJI SYSTEMS
633 W. SKIPPACK PIKE
STE. 12
BLUE BELL, PA 19422

GORILLA ELECTRIC
5526 IMPERIAL AVE
ORLANDO, FL 32810

INVESTMENT PROPERTY ASSOCS, LLC JUAN A. DECLET
102 LARCH CIRCLE
NEWPORT, DE 19804

1364 RAINTREE BLEND
CLERMONT, FL 34714

GUSTAVO V. ROMERO
3255 PRIME PARK CIRCLE
KISSIMMEE, FL 34746

ISAUD D. MARIN
3216 W OAK ST
KISSIMMEE, FL 34741

JUAN PABLO ALVARADO
7136 ALTIS WAY
APT 2-208
ORLANDO, FL 32836

HELGET GAS PRODUCTS
4211 S. 102ND STREET
OMAHA, NE 68127

JAHMANI J. CHISHOLM
2382 WALNUT CANYON DR
KISSIMMEE, FL 34758

JULIO A. TORRES
1015 DUDLEY DR # 1015
KISSIMMEE, FL 34758

HORTY & HORTY, PA
503 CARR ROAD, SUITE 120
WILMINGTON, DE 19809

JAIVON J. CHISHOLM
2382 WALNUT CANYON DR
KISSIMMEE, FL 34758

KEINNY VIVIANA CORDERO
3230 WHITEFIELD DR
KISSIMMEE, FL 34747

IBRAHIM CHEHTANE
1187 LIBERTY HALL DR
KISSIMMEE, FL 34746

JESUS G. DOMINGUEZ
115 EAST FULLER ST
DAVENPORT, FL 33837

KEVIN J. RAMOS
4442 PHILADELPHIA CIR
KISSIMMEE, FL 34746

IESHA L. LANE
415 BENITA ST
KISSIMMEE, FL 34744

JONATHAN R. COOPER
2793 CLUB CORTILE CIR
KISSIMMEE, FL 34746

KISSIMMEE UTILITY AUTHORITY
P.O. BOX 423219
KISSIMMEE, FL 34742-3219

INDRA MANGARRET REYES
13025 CORDELIA LN
 UNIT 206
ORLANDO, FL 32824

JORGE E. SANTIAGO
2411 TEMPLE GROVE LN
KISSIMMEE, FL 34741

LABOR COMPLIANCE ASSIST.
P.O. BOX 881899
PORT SAINT LUCIE, FL 34988

INTELLIGENT POINT OF SALE
500 EXECUTIVE BLVD., SUITE 305
OSSINING, NY 10562

JOSE F. CASTILLO
5378 PARADISE CAY CIR # 5378
KISSIMMEE, FL 34746

LAQWANA T. PUGH
1742 AMERICANA BLVD
APT 58C
ORLANDO, FL 32839

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OP.
PO BOX 7346
PHILADELPHIA, PA 19101

JOSEPH CRAIG
1742 AMERICANA BLVD # 58-C
ORLANDO, FL 32839

LAWRENCE L. JACKSON
4301 OSCEOLA TRAIL RD
UNIT 205
KISSIMMEE, FL 34746

INVESTMENT PROPERTY ASSOCIATES, LLC
102 LARCH CIRCLE
NEWPORT, DE 19804

JUAN A. ARGUINZONES
2803 NOBLE CROW DR.
KISSIMMEE, FL 34744

LEYLANI G. RIVERA
8415 TITKOS DR
KISSIMMEE, FL 34747

LOURDES J. BELLIDO
1615 SUNNY ST
KISSIMMEE, FL 34741

MARY R. LEZAMA
4626 TRIBUTE TRL
KISSIMMEE, FL 34746

OMAR ELAMGHARI
5372 LONESOME DOVE DR
KISSIMMEE, FL 34746

LUIS FRANCO
2410 ABBY DR APT 102
KISSIMMEE, FL 34741

MATTHEW LUGO
6915 VILLA DE COSTA DR
APT 201
ORLANDO, FL 32821

ORLANDO WASTE PAPER CO., I
P.O. BOX 547874
ORLANDO, FL 32854-7874

MADELYN RIVERA
1008 SPRING MEADOW DR
KISSIMMEE, FL 34741

MATTHEW R. ROBB
2085 FALMOUTH RD
MAITLAND, FL 32751

OSCAR VAZQUEZ
3110 SEAVIEW CASTLE DR
KISSIMMEE, FL 34746

MARIA A. DE AGUIAR
1660 PEREGRINE FALCONS WAY
APT 305
ORLANDO, FL 32837

MICHAEL IACONO
102 LARCH CIRCLE
SUITE 301
NEWPORT, DE 19804

PAOLA C. MACHADO
3096 ASHLAND LN N
KISSIMMEE, FL 34741

MARIA A. GUARECUCO
13236 HEATHER MOSS DR
APT 1105
ORLANDO, FL 32837

MICOV VERTY
4712 SEELEY ST
KISSIMMEE, FL 34758

PAOLA DOS SANTOS
4543 STORYTELLING WAY
KISSIMMEE, FL 34746

MARIA C. GRIEGO
4103 BELL TOWER CT
APT 302
KISSIMMEE, FL 34741

MIGUEL A. ALCALA
2933 LANGDON LN S
KISSIMMEE, FL 34741

QSRONLINE
P.O. BOX 6496
CORPUS CHRISTI, TX 78466

MARISABEL MONTERO
1826 HUGHEY ST
KISSIMMEE, FL 34741

MIGUEL E. LANZ
3076 PRELUDE LN
KISSIMMEE, FL 34746

RAFCELI MULATO
3240 CALHOUN STREET
#307
KISSIMMEE, FL 34747

MARK A. TAYLOR
6927 VILLA DE COSTA DR
APT 204
ORLANDO, FL 32821

MONIQUE L. WHITE
3215 TOMAHAWK DR
KISSIMMEE, FL 34746

RAYAN H. BOUSSEDRA
769 HACIENDA CIR
KISSIMMEE, FL 34741

MARKIYA KEVON WARD
12540 SPLENDID PLACE
#6118
ORLANDO, FL 32821

NOLAN N. AGOSTO
14528 GLOBAL CIRCLE
APT 4305
ORLANDO, FL 32821

RC LANDSCAPE MAINTENANCE
628 DREW AVENUE
CLERMONT, FL 34711

MARTINS FAMOUS PASTRY SHOPPE
1000 POTATO ROLL LANE
CHAMBERSBURG, PA 17202-8897

OFELIA Z. JIMENEZ
854 MARCEL LOOP
DAVENPORT, FL 33837

REBECCA G. FRANCOIS
711 TOULON DR
KISSIMMEE, FL 34759

REBECCA TORRES
4727 CIRENTO DR
KISSIMMEE, FL 34746

SAULS BACKFLOW TEST INC.
3305 AMBERLEY PARK CIRCLE
KISSIMMEE, FL 34743

STEVEN ANGRIGNON, INC.
P.O. BOX 120053
CLERMONT, FL 32837

RESTAURANT TECHNOLOGIES, INC.
12962 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

SUNRISE CITY RETAIL PARTNER LL
5555 S. KIRKMAN RD., STE. 201
KISSIMMEE, FL 32819

REVOCABLE TRUST OF LEOARD F. IA
102 LARCH CIRCLE
SUITE 301
NEWPORT, DE 19804

SENNA SER YALCINDAG
5156 CROWN HAVEN DR
KISSIMMEE, FL 34746

SUNRISE CITY RETAIL PARTNER LL
5555 S. KIRKMAN RD., STE. 201
ATTN: RANDALL R. HODGE
KISSIMMEE, FL 32819

ROBERT PARKER
2819 EAGLE LAKE DR
ORLANDO, FL 32837

SHAZARIYIEK K. BATTLE
14525 GATEWAY POINTE CIR
APT 11201
ORLANDO, FL 32821

SYSCO CORPORATION
200 WEST STORY ROAD
OCOEE, FL 34761

RUTLEDGE ECENIA, P.A.
119. S. MONROE ST., SUITE 202
TALLAHASSEE, FL 32301

SHUNTA L. PARKER
504 MILDRED CT
KISSIMMEE, FL 34744

TECO
P.O. BOX 31318
TAMPA, FL 33631-3318

SAFEGUARD BUSINESS SYSTEMS
459 OAKSHADE ROAD, SUITE D
SHAMONG, NJ 08088

SHUTTS & BOWEN LLP
ATTN. TODD KOBRIN
P.O. BOX 4956
ORLANDO, FL 32802

TILEYA M. WARD
12540 SPLENDID PLACE
#6118
ORLANDO, FL 32821

SANTOS CEDENO
11E PARK ST
KISSIMMEE, FL 34744

SILVANY G. VIVAS
2971 MALLORY CIR
APT 17205
KISSIMMEE, FL 34747

TOHO WATER AUTHORITY
P.O. BOX 30527
TAMPA, FL 33630-3527

SARA A. RODRIGUEZ
6201 PLANTATION LAKES CIR
SANFORD, FL 32771

SOCIALLY WINNING MARKETING
114 LEDGE ROAD
YARMOUTH, ME 04096

TREVONTAE L. CUYLER
5630 SYCAMORE CANYON DR
KISSIMMEE, FL 34758

SARAPHINA CHARLES
1614 REDIN DR
KISSIMMEE, FL 34759

SOVERIGN PROPERTY MANAGEMENT
102 LARCH CIRCLE, SUITE 301
NEWPORT, DE 19804

U.S. FOODS, INC.
PARKE E. INDUSTRIAL PARK
TAMPA, FL 33610

SARIMAR C. TORANO
5508 PARADISE CAY CIR
KISSIMMEE, FL 34746

STEPHANO BRITO
4857 CORAL CASTLE DR
KISSIMMEE, FL 34746

ULISES A. HANSEN
3016 BONFIRE BEACH DR
APT 103
KISSIMMEE, FL 34746

VALENTINA  C.  HOYOS
15408 WILLOW  ARBOR  CIR
ORLANDO, FL 32824


VERONICA  G.  CARDOZO
2909 SENTENCE  ST
KISSIMMEE, FL 34746


WILDYMAR  E.  LOPEZ
3213 HOLDERNESS  DR
KISSIMMEE, FL 34741


WILLIAM  C.  VIDAL
4444 PHILADELPHIA  CIR
KISSIMMEE, FL 34746


YOUSSEF  MAHDAR
3184 BEAR  PATH
KISSIMMEE, FL 34746

**United States Bankruptcy Court**
**District of Delaware**

In re   **Sunrise City Dixie, LLC** _____

Case No. _____

                                    Debtor(s)

Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sunrise City Dixie, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sunrise Food LLC**
**102 Larch Circle**
**Newport, DE 19804** _____

☐ None [*Check if applicable*]

**March 8, 2024** _____
Date

*Ericka Johnson* (signature)

**Ericka Johnson**
Signature of Attorney or Litigant
Counsel for    **Sunrise City Dixie, LLC** _____
**Bayard P.A.**
**600 N. King St**
**Suite 400**
**Wilmington, DE 19801**
**(302) 655-5000 Fax:(302) 658-6395**
**ejohnson@bayardlaw.com**